UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

JIM AFFLITTO,

                Plaintiff

v.

CHEMI-GRAPHIC, INC./CHEMI-
GRAPHIC BUSINESS TRUST,

                Defendant

## COMPLAINT AND JURY DEMAND

### Parties

1.   The Plaintiff, Jim Afflitto ("Plaintiff" hereinafter), is a natural person currently residing at 805 Silver Street, Agawam, Hampden County, Massachusetts.

2.   The Defendants, Chemi-Graphic, Inc./Chemi-Graphic Business Trust (collectively "Defendant" hereinafter), is a corporation that operates a business located at 340 State Street, Ludlow, Hampden County, Massachusetts.

### Jurisdiction

3.   This Court has jurisdiction over the claims set forth herein, pursuant to 28 U.S.C. §§ 1331 and 1332 and otherwise.  There are federal questions of law and the amount in controversy is in excess of $75,000.00. This Court has supplemental jurisdiction over the state law claims brought under M.G.L. c. 151B pursuant to 28 U.S.C. § 1367.

4. The Plaintiff was hired by the Defendant as the Etch Team Lead on or about September 8, 2014. The Plaintiff was qualified for the position and performed his job responsibilities well.

5. The Plaintiff is fifty-seven (57) years of age.

6. During the course of the Plaintiff's employment with the Defendant, the Plaintiff was discriminated against and harassed based upon his age. For example, Rob Draper, the Plaintiff's direct supervisor, made comments to the Plaintiff such as that "it sucks to be old" and that the Plaintiff was "old and slow even though [the Plaintiff] do[es] a better job than Joe Ryan." On another occasion Rocky, an engineer, asked, with Rob Draper present, whether "older Jim" or "young buck Joe" was going to be "more useful." Rocky also made other comments to the Plaintiff such as calling the Plaintiff "old and clumsy." There are other examples as well.

7. In or about December of 2014, the Plaintiff complained about the discrimination and harassment he was being subjected to based upon his age to Ginger Hicks, Operations Manager. The Plaintiff also complained about some serious safety concerns that he had noticed.

8. After complaining of age discrimination and harassment to management of the Defendant, and making complaints about his safety concerns, the Plaintiff was terminated on or about March 16, 2015.

9. The Plaintiff was subsequently replaced by two younger employees.

10. The Plaintiff has satisfied the prerequisites to filing suit.

## Count I
### (Age Discrimination and Employment Act ("ADEA") – Discrimination - 29 U.S.C. §§ 621- 634)

11. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

12. The Plaintiff is over the age of forty.

13. The Defendant discriminated and took adverse action against the Plaintiff based upon his age of fifty-seven (57) years.

14. The Plaintiff's employment with the Defendant was adversely affected based upon the Plaintiff's age.

15. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Jim Afflitto, respectfully requests a judgment against the Defendant, Chemi-Graphic, Inc./Chemi-Graphic Business Trust, and for all damages available pursuant to the ADEA.

## Count II
### (ADEA – Harassment - 29 U.S.C. §§ 621- 634)

16. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

17. The Plaintiff is over the age of forty.

18. The Defendant harassed and took adverse action against the Plaintiff based upon his age of fifty-seven (57) years.

19. The Plaintiff's employment with the Defendant was adversely affected based upon the Plaintiff's age.  The Plaintiff suffered a hostile work environment.

3

20. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this harassing conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Jim Afflitto, respectfully requests a judgment against the Defendant, Chemi-Graphic, Inc./Chemi-Graphic Business Trust, and for all damages available pursuant to the ADEA.

## Count III
### (ADEA – Retaliation- 29 U.S.C. §§ 621- 634)

21. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

22. The Plaintiff is over the age of forty.

23. The Plaintiff was treated adversely because of his age of fifty-seven (57) years.

24. The Plaintiff resisted the discrimination and harassment against him based upon his age.

25. The Plaintiff's employment with the Defendant was adversely affected and the Plaintiff's employment with the Defendant was terminated based, at least in part, upon the Plaintiff's age.

26. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory and harassing conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Jim Afflitto, respectfully requests a judgment against the Defendant, Chemi-Graphic, Inc./Chemi-Graphic Business Trust, and for all damages available pursuant to the ADEA.

## Count IV
### (M.G.L. c. 151B – Age Discrimination)

27. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

28. The Plaintiff is over the age of forty.

29. The Defendant discriminated and took adverse action against the Plaintiff based upon his age of fifty-seven (57) years.

30. The Plaintiff's employment with the Defendant was adversely affected based upon the Plaintiff's age.

31. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Jim Afflitto, respectfully requests a judgment against the Defendant, Chemi-Graphic, Inc./Chemi-Graphic Business Trust, and for all damages available pursuant to the M.G.L. c. 151B.

### Count V
### (M.G.L. c. 151B – Age Harassment)

32. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

33. The Plaintiff is over the age of forty.

34. The Defendant harassed and took adverse action against the Plaintiff based upon his age of fifty-seven (57) years.

35. The Plaintiff's employment with the Defendant was adversely affected based upon the Plaintiff's age.  The Plaintiff suffered a hostile work environment.

36. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this harassing conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Jim Afflitto, respectfully requests a judgment against the Defendant, Chemi-Graphic, Inc./Chemi-Graphic Business Trust, and for all damages available pursuant to M.G.L. c. 151B.

### Count VI
### (M.G.L. c. 151B – Retaliation)

37. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

38. The Plaintiff is over the age of forty.

39. The Plaintiff was treated adversely because of his age of fifty-seven (57) years.

40. The Plaintiff resisted the discrimination and harassment against him based upon his age.

41. The Plaintiff's employment with the Defendant was adversely affected and the Plaintiff's employment with the Defendant was terminated based, at least in part, upon the Plaintiff's age.

42. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory and harassing conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, Jim Afflitto, respectfully requests a judgment against the Defendant, Chemi-Graphic, Inc./Chemi-Graphic Business Trust, and for all damages available pursuant to M.G.L. c. 151B.

### Count VII
### (Wrongful Termination – Violation of Public Policy)

43. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

44. The Plaintiff complained about, resisted, and reported what he believed to be inappropriate and/or illegal conduct to management of the Defendant.

45. The Plaintiff was requested to perform illegal conduct in violation of law and public policy.

46. The Plaintiff's employment was wrongfully terminated, at least in part, as a result of his complaints to management of the Defendant of illegal and/or inappropriate conduct.

47. The Plaintiff suffered damages as a result of his wrongful termination, including but not limited to emotional distress, compensatory damages, lost wages, among other tort-type damages.

WHEREFORE, the Plaintiff, Jim Afflitto, respectfully requests a judgment against the Defendant, Chemi-Graphic, Inc./Chemi-Graphic Business Trust, and all available damages to be awarded by a jury, including but not limited to, emotional distress, compensatory damages, lost wages, among other tort-type damages.

**THE PLAINTIFF DEMANDS A JURY TRIAL AGAINST THE DEFENDANT ON ALL COUNTS SO TRIABLE PURSUANT TO RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND OTHERWISE.**

Respectfully submitted,

The Plaintiff
JIM AFFLITTO
By His Attorney

/s/ Michael O. Shea                    Dated: January 14, 2016
MICHAEL O. SHEA, ESQ.
BBO No. 555474
Law Office of Michael O. Shea, P.C.
3 Crane Park Drive, Suite 7
Wilbraham, MA 01095
Telephone No. (413) 596-8005
Facsimile No. (413) 596-8095
Email: owenshea@aol.com